Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. W. Morrow* for petitioner. *The Attorney General* for the United States.

No. 963. SVEN NYQUIST *v.* UNITED STATES. April 13, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward J. McCrossin* for petitioner. *The Attorney General* for the United States.

No. 973. MICHAEL J. DERBY, OWNER, ETC. *v.* STEAM TUG PANTHER, HER ENGINES, ETC., NEW YORK MARINE COMPANY, CLAIMANT. April 13, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Pierre M. Brown* for petitioner. *Mr. James K. Symmers* for respondent.

No. 996. CAMDEN FIRE INSURANCE ASSOCIATION *v.* UNITED STATES MANUFACTURERS EXPORT ASSOCIATION. April 13, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Dix W. Noel* and *Mr. Arthur W. Clement* for petitioner. *Mr. John A. McManus* for respondent.

No. 840. JAMES D. BARTON *v.* LEYTE ASPHALT & MINERAL OIL COMPANY, LIMITED. April 13, 1925. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Augustus T. Seymour* for petitioner. *Mr. John Walsh* for respondent.

No. 965. F. G. BUFFINGTON *v.* STATE OF GEORGIA. April 13, 1925. Petition for a writ of certiorari to the